AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Express Mail parcel with<br>label number EI704061812US | )<br>)<br>) Case No. 1:14-mj-030<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____Michigan_____
*(identify the person or describe the property to be searched and give its location)*:

An Express Mail Parcel Label Number EI704061812US, addressed to Carol Jennings, 1033 Pearl Street, Benton Harbor, MI 49022 with a return address of James Jenning, 1250 Santa Cora Ave., Chula Vista, CA 91913; mailed on February 10, 2014, from the Chula Vista Post Office in Chula Vista, CA; further described as weighing 3 pounds 5 ounces, measuring approximately 12" X 3" X 15", bearing $51.75 in postage and fees, and being in a USPS Express Mailing box.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

A QUANTITY OF A CONTROLLED SUBSTANCE, IN VIOLATION OF TITLE 21, U.S.C., SECTIONS 841(a)(1),843(b) & 846; OR OTHER ITEMS ASSOCIATED WITH DRUG TRAFFICKING, SUCH AS RECORDS, NOTES AND CORRESPONDENCE, CURRENCY, AND/OR EVIDENCE TENDING TO IDENTIFY THE SOURCE OF THE PACKAGE AND THE INTENDED RECIPIENT.

**YOU ARE COMMANDED** to execute this warrant on or before _____February 26, 2014_____ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Joseph G. Scoville_____
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 2/12/2014 at 2:24 PM

*Judge's signature*

City and state: Grand Rapids, Michigan          JOSEPH G. SCOVILLE, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 1:14-cr-030 | Date and time warrant executed: 2/12/14 3:10 pm | Copy of warrant and inventory left with: N/A |
|---|---|---|

Inventory made in the presence of:
M Ross US Postal Inspector

Inventory of the property taken and name of any person(s) seized:

One Bundle of a Green Leafy Substance which Field Tested Positive For Marijuana.

MKW

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/12/14

_Executing officer's signature_

Michael Williams US Postal Inspector
_Printed name and title_